| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Payne, Robert E. | United States District Court Eastern District of Virginia | 09/27/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Article III Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final | 01/01/2011<br>to<br>12/31/2011 |
| | 5b. ☑ Amended Report | |

| 7. Chambers or Office Address |
|---|
| United States District Court<br>701 E. Broad Street, Suite 7310<br>Richmond, Virginia 23219 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 11/19/11 | IRA #1 Distribution | $22,243.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 09/27/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 09/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | D | Int./Div. | N | T | | | | | |
| 2. -- Air Liquid | | | | | Buy | 03/17/11 | J | | |
| 3. | | | | | Sold | 12/01/11 | J | A | |
| 4. -- Air Products & Chemicals Inc. | | | | | Sold | 12/01/11 | J | A | |
| 5. -- Altria Group | | | | | Sold | 12/01/11 | J | A | |
| 6. -- Amgen Inc. | | | | | Sold | 12/01/11 | J | A | |
| 7. -- Anadarko Petroleum Corp. | | | | | Sold | 12/01/11 | J | B | |
| 8. -- Anheuser-Busch Inbev Spons | | | | | Buy (add'l) | 07/15/11 | J | | |
| 9. | | | | | Sold | 12/01/11 | J | A | |
| 10. -- Apache Corp | | | | | Buy (add'l) | 06/17/11 | J | | |
| 11. | | | | | Sold | 12/01/11 | J | | |
| 12. -- Artisan Mid Cap Value Fund | | | | | Buy | 12/01/11 | J | | |
| 13. -- AT&T Inc. | | | | | Sold | 12/01/11 | J | | |
| 14. -- Autodesk Inc. | | | | | Sold | 12/01/11 | J | | |
| 15. -- Aviva Plc Adr | | | | | Buy | 05/18/11 | J | | |
| 16. | | | | | Sold | 12/01/11 | J | | |
| 17. -- Bed Bath & Beyond | | | | | Sold | 12/01/11 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 09/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Berkshire Hathaway | | | | | Sold | 12/01/11 | J | A | |
| 19. -- Biogen Idec | | | | | Sold (part) | 08/23/11 | J | C | |
| 20. | | | | | Sold | 12/01/11 | J | D | |
| 21. -- Blackrock Equity Dividend Fund CL Institutional | | | | | Buy | 12/01/11 | K | | |
| 22. -- Blackrock Inflation Protected Bond | | | | | Buy | 12/01/11 | J | | |
| 23. -- BP Plc Spons | | | | | Buy | 06/17/11 | J | | |
| 24. -- Broadcom Corp | | | | | Sold | 12/01/11 | J | A | |
| 25. -- Cablevision Systems Corp. | | | | | Sold | 12/01/11 | J | A | |
| 26. -- Cambiar Opportunity Fund | | | | | Buy | 12/01/11 | K | | |
| 27. -- Cameron International Corp | | | | | Sold | 12/01/11 | J | A | |
| 28. -- Century Tel Inc. | | | | | Sold | 05/17/11 | J | A | |
| 29. -- Chevron Corp | | | | | Buy | 08/02/11 | J | | |
| 30. | | | | | Buy (add'l) | 11/10/11 | J | | |
| 31. | | | | | Sold | 12/01/11 | J | | |
| 32. -- Chubb Corp. | | | | | Sold | 07/01/11 | J | A | |
| 33. -- Cisco Systems | | | | | Sold | 12/01/11 | J | A | |
| 34. -- Citrix Systems Inc. | | | | | Sold | 12/01/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 09/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Columbia Select Large Cap Fund | | | | | Buy | 12/01/11 | K | | |
| 36. -- Comcast | | | | | Sold | 12/01/11 | J | A | |
| 37. -- Compagnie Financiere | | | | | Sold | 01/26/11 | J | A | |
| 38. -- Conoco Phillips | | | | | Sold | 12/01/11 | J | A | |
| 39. -- Covidien | | | | | Sold | 12/01/11 | J | A | |
| 40. -- CVS Caremark Corp | | | | | Sold | 12/01/11 | J | A | |
| 41. -- Walt Disney Co. | | | | | Sold | 12/01/11 | J | A | |
| 42. -- Dish Network Corp. | | | | | Sold | 12/01/11 | J | A | |
| 43. -- DirectTV | | | | | Sold (part) | 02/10/11 | J | B | |
| 44. | | | | | Sold (part) | 03/30/11 | J | A | |
| 45. | | | | | Sold | 12/01/11 | J | B | |
| 46. -- Dreyfus Liquid Assets | | | | | | | | | |
| 47. -- EMC Corp | | | | | Buy | 10/18/11 | J | | |
| 48. | | | | | Sold | 12/01/11 | J | | |
| 49. -- EOG Resources | | | | | Buy | 10/04/11 | J | | |
| 50. | | | | | Sold | 12/01/11 | J | A | |
| 51. -- Eaton Corp | | | | | Buy | 06/07/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 09/27/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 06/17/11 | J | | |
| 53. | | | | | Sold | 12/01/11 | J | A | |
| 54. -- Eaton Vance Commodity Strategy Fund | | | | | Buy | 12/01/11 | J | | |
| 55. -- Ebay Inc. | | | | | Sold | 12/01/11 | J | | |
| 56. -- El Paso Corp. | | | | | Sold (part) | 10/19/11 | J | A | |
| 57. | | | | | Sold | 12/01/11 | J | B | |
| 58. -- EMC Corp | | | | | Buy | 10/18/11 | J | | |
| 59. | | | | | Sold | 12/01/11 | J | | |
| 60. -- Europacific Growth Fund | | | | | Buy | 12/01/11 | J | | |
| 61. -- Exxon Mobil Corp. | | | | | Sold | 12/01/11 | J | A | |
| 62. -- Fluor Corp. | | | | | Sold | 12/01/11 | J | A | |
| 63. -- Forest Laboratories | | | | | Sold | 12/01/11 | J | | |
| 64. -- Freeport McMoran Copper & Gold | | | | | Sold | 12/01/11 | J | B | |
| 65. -- General Electric Co. | | | | | Sold (part) | 10/04/11 | J | | |
| 66. | | | | | Sold | 12/01/11 | J | A | |
| 67. -- Genzyme Corp. | | | | | Sold | 02/17/11 | J | A | |
| 68. -- Goldman Sachs Absolute Return | | | | | Buy | 12/01/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 09/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Goldman Sachs Trust | | | | | Buy | 12/01/11 | J | | |
| 70. -- Google | | | | | Sold | 12/01/11 | J | A | |
| 71. -- Halliburton Co. | | | | | Buy (add'l) | 08/23/11 | J | | |
| 72. | | | | | Sold | 12/01/11 | J | A | |
| 73. -- Home Depot Inc. | | | | | Sold | 12/01/11 | J | A | |
| 74. -- Honeywell Intl Inc. | | | | | Sold | 12/01/11 | J | A | |
| 75. -- ING Global Real Estate Fund | | | | | Buy | 12/01/11 | J | | |
| 76. -- Intel Corp. | | | | | Sold | 01/06/11 | J | | |
| 77. -- IQ Alpha Hedge Strategy Fund | | | | | Buy | 12/01/11 | K | | |
| 78. -- International Business Machines Corp. | | | | | Sold | 12/01/11 | J | C | |
| 79. -- Intuit Inc | | | | | Buy | 08/22/11 | J | | |
| 80. | | | | | Sold | 12/01/11 | J | A | |
| 81. -- Johnson & Johnson | | | | | Sold | 12/01/11 | J | A | |
| 82. -- KDDI Corp - JPY | | | | | Buy | 10/25/11 | J | | |
| 83. | | | | | Sold | 12/01/11 | J | | |
| 84. -- Kimberly Clark Corp. | | | | | Sold | 12/01/11 | J | A | |
| 85. -- L3 Communications | | | | | Sold | 12/01/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 09/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Lazard Developing Markets Equity | | | | | Buy | 12/01/11 | K | | |
| 87. -- Liberty Media Corp Liberty Cap | | | | | Sold | 12/01/11 | J | C | |
| 88. -- Liberty Media Hldg Corp | | | | | Sold (part) | 03/30/11 | J | | |
| 89. | | | | | Sold | 12/01/11 | J | | |
| 90. -- Liberty Media Hldg Corp Cap | | | | | Sold (part) | 02/04/11 | J | B | |
| 91. | | | | | Sold (part) | 03/30/11 | J | B | |
| 92. | | | | | Sold | 03/31/11 | J | B | |
| 93. -- Loews Corp. | | | | | Sold | 12/01/11 | J | A | |
| 94. -- Loomis Bond Fund Inst'l | | | | | Buy | 12/01/11 | L | | |
| 95. -- Lorillard Inc. | | | | | Sold | 12/01/11 | J | A | |
| 96. -- Marsh & McLennan | | | | | Sold | 12/01/11 | J | A | |
| 97. -- McDonalds Corp | | | | | Sold | 12/01/11 | J | B | |
| 98. -- Merck & Co. | | | | | Buy (add'l) | 04/26/11 | J | | |
| 99. | | | | | Sold | 12/01/11 | J | A | |
| 100. -- Metlife Inc | | | | | Buy | 03/02/11 | J | | |
| 101. | | | | | Sold | 12/01/11 | J | A | |
| 102. -- Microsoft Corp. | | | | | Buy (add'l) | 07/14/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 09/27/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 12/01/11 | J | | |
| 104.  -- Motorola Solutions Inc | | | | | Buy | 01/12/11 | J | | |
| 105. | | | | | Sold | 12/01/11 | J | A | |
| 106.  -- National Oilwell Varco Inc. | | | | | Sold | 12/01/11 | J | A | |
| 107.  -- Neuberger Berman Large Cap Disciplined Growth Fund | | | | | Buy | 12/01/11 | K | | |
| 108.  -- News Corp | | | | | Sold | 12/01/11 | J | | |
| 109.  -- Nike Inc | | | | | Buy | 06/07/11 | J | | |
| 110. | | | | | Sold | 12/01/11 | J | A | |
| 111.  -- Noble Corporation | | | | | Sold | 12/01/11 | J | A | |
| 112.  -- Nvidia Corp. | | | | | Sold | 08/12/11 | J | A | |
| 113.  -- Oracle Corp | | | | | Sold | 12/01/11 | J | A | |
| 114.  -- Pall Corp. | | | | | Sold | 12/01/11 | J | B | |
| 115.  -- Pepsico Inc. | | | | | Sold | 12/01/11 | J | A | |
| 116.  -- Petrofac Ltd | | | | | Buy | 05/10/11 | J | | |
| 117.  -- Pfizer Inc. | | | | | Sold | 12/01/11 | J | | |
| 118.  -- Philip Morris Int'l | | | | | Sold | 12/01/11 | J | C | |
| 119.  -- Pimco Emerging Local Bond Fund | | | | | Buy | 12/01/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 09/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -- Pimco Total Return Fund | | | | | Buy | 12/01/11 | L | | |
| 121.  -- Procter & Gamble | | | | | Sold (part) | 01/06/11 | J | A | |
| 122. | | | | | Sold | 12/01/11 | J | A | |
| 123.  -- Progressive Corp | | | | | Sold | 12/01/11 | J | A | |
| 124.  -- Prudential Jennison Mid Cap Growth Fund | | | | | Buy | 12/01/11 | J | | |
| 125.  -- Qualcomm Inc | | | | | Buy | 08/23/11 | J | | |
| 126. | | | | | Sold | 12/01/11 | J | A | |
| 127.  -- Raytheon Company | | | | | Sold | 12/01/11 | J | A | |
| 128.  -- Roche Hldg Ltd | | | | | Sold | 12/01/11 | J | A | |
| 129.  -- Rolls Royce Holdings | | | | | Sold | 12/01/11 | J | B | |
| 130.  -- Royal Dutch Shell Plc | | | | | Sold | 12/01/11 | J | A | |
| 131.  -- Royce Premier Fund | | | | | Buy | 12/01/11 | J | | |
| 132.  -- Ryanair Hldgs Plc | | | | | Buy | 03/18/11 | J | | |
| 133. | | | | | Sold (part) | 07/01/11 | J | A | |
| 134. | | | | | Buy (add'l) | 07/25/11 | J | | |
| 135. | | | | | Sold | 12/01/11 | J | A | |
| 136.  -- Rydex SGI Managed Futures Strategy Fund | | | | | Buy | 12/01/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 09/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -- SAP AG Spons | | | | | Buy | 09/06/11 | J | | |
| 138. | | | | | Sold | 12/01/11 | J | A | |
| 139.  -- Sandisk Corp. | | | | | Sold (part) | 03/30/11 | J | | |
| 140. | | | | | Sold (part) | 03/31/11 | J | | |
| 141. | | | | | Sold | 12/01/11 | J | B | |
| 142.  -- Sanofi-Aventis | | | | | Buy (add'l) | 04/25/11 | J | | |
| 143. | | | | | Sold | 12/01/11 | J | | |
| 144.  -- Schlumberger Ltd | | | | | Buy (add'l) | 11/08/11 | J | | |
| 145. | | | | | Sold | 12/01/11 | J | | |
| 146.  -- Schwab Charles | | | | | Sold | 12/01/11 | J | | |
| 147.  -- Seagate Technology | | | | | Sold | 12/01/11 | J | | |
| 148.  -- Sempra Energy | | | | | Sold | 12/01/11 | J | A | |
| 149.  -- Siemens AG Spons | | | | | Buy | 03/30/11 | J | | |
| 150. | | | | | Sold | 12/01/11 | J | | |
| 151.  -- Sony Finl Hldgs Inc | | | | | Buy | 03/31/11 | J | | |
| 152. | | | | | Sold | 12/01/11 | J | | |
| 153.  -- Suncor Energy Inc | | | | | Sold | 12/01/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 09/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -- TCW Small Cap Growth Fund | | | | | Buy | 12/01/11 | J | | |
| 155. -- TE Connectivity Ltd | | | | | Buy | 07/01/11 | J | | |
| 156. | | | | | Sold | 12/01/11 | J | A | |
| 157. -- Target Corp. | | | | | Sold | 12/01/11 | J | | |
| 158. -- Technip | | | | | Sold | 12/01/11 | J | A | |
| 159. -- Templeton Global Fond Fund | | | | | Buy | 12/01/11 | K | | |
| 160. -- Tesco Plc Spons | | | | | Buy | 08/08/11 | J | | |
| 161. | | | | | Sold | 12/01/11 | J | A | |
| 162. -- Texas Instruments | | | | | Sold | 12/01/11 | J | | |
| 163. -- Thornburg International Value Fund | | | | | Buy | 12/01/11 | J | | |
| 164. -- Time Warner Inc. | | | | | Sold | 12/01/11 | J | | |
| 165. -- Toyota Motor Corp. | | | | | Buy (add'l) | 05/03/11 | J | | |
| 166. | | | | | Sold | 12/01/11 | J | | |
| 167. -- Total SA | | | | | Sold | 11/10/11 | J | | |
| 168. -- Travelers Companies | | | | | Sold | 12/01/11 | J | A | |
| 169. -- Tyco International | | | | | Sold | 12/01/11 | J | A | |
| 170. -- UPS | | | | | Buy | 03/16/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 09/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 12/01/11 | J | A | |
| 172. -- Unilever PLC | | | | | Sold | 12/01/11 | J | A | |
| 173. -- UnitedHealth | | | | | Sold (part) | 03/30/11 | J | | |
| 174. | | | | | Sold | 12/01/11 | J | B | |
| 175. -- US Bancorp Del | | | | | Buy | 01/06/11 | J | | |
| 176. | | | | | Buy (add'l) | 07/05/11 | J | | |
| 177. | | | | | Buy (add'l) | 08/02/11 | J | | |
| 178. | | | | | Sold | 12/01/11 | J | | |
| 179. -- Verizon Communications | | | | | Buy | 03/31/11 | J | | |
| 180. | | | | | Sold | 12/01/11 | J | A | |
| 181. -- Vinci S.A. | | | | | Sold (part) | 02/14/11 | J | A | |
| 182. -- Virtus Emerging Markets | | | | | Buy | 12/01/11 | K | | |
| 183. -- Visa Inc. | | | | | Buy (add'l) | 03/07/11 | J | | |
| 184. | | | | | Sold | 12/01/11 | J | A | |
| 185. -- Walmart Stores | | | | | Sold | 07/15/11 | J | A | |
| 186. -- Weatherford International | | | | | Sold | 12/01/11 | J | | |
| 187. -- Wellpoint Inc. | | | | | Sold | 12/01/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 09/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -- Wells Fargo & Co. | | | | | Sold | 12/01/11 | J | | |
| 189. -- Wells Fargo Advantage High Income Fund | | | | | Buy | 12/01/11 | J | | |
| 190. -- Western Asset Core Plus Bond Fund | | | | | Buy | 12/01/11 | L | | |
| 191. -- Xerox Corp | | | | | Buy | 02/28/11 | J | | |
| 192. | | | | | Buy (add'l) | 07/01/11 | J | | |
| 193. | | | | | Sold | 12/01/11 | J | | |
| 194. -- Yue Yuen | | | | | Sold | 12/01/11 | J | A | |
| 195. -- Zurich Financial | | | | | Sold | 12/01/11 | J | A | |
| 196. | | | | | | | | | |
| 197. IRA #2: | B | Int./Div. | | T | | | | | IRA Closed |
| 198. -- Allstate Corp. | | | | | Sold | 03/31/11 | J | | |
| 199. -- Citibank NA Bank Deposit Program | | | | | | 12/01/11 | | | Moved cash to IRA #1 |
| 200. -- Kayne Anderson Energy Total | | | | | Sold | 12/01/11 | K | | |
| 201. -- Kayne Anderson MLP Investment | | | | | Sold | 12/01/11 | K | | |
| 202. -- Wells Fargo & Co. | | | | | Sold | 12/01/11 | J | | |
| 203. -- Western Asset Money Market Fund | | | | | Sold | 11/15/11 | K | | IRA distribution |
| 204. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | | | | | |
| 206. IRA #3: | B | Int./Div. | L | T | | | | | |
| 207. -- American Century International Bond Fund | | | | | Buy (add'l) | 01/14/11 | J | | |
| 208. | | | | | Buy (add'l) | 10/7/11 | J | | |
| 209. -- American Funds Europacific Growth Fund | | | | | | | | | |
| 210. -- American Funds Growth Fund of America | | | | | | | | | |
| 211. -- Baron Growth Fund | | | | | Buy | 01/14/11 | J | | |
| 212. -- Davis NY Venture Fund | | | | | Buy | 01/14/11 | J | | |
| 213. -- Delaware International Value Equity Fund | | | | | | | | | |
| 214. -- Dreyfus Emerging Markets Fund | | | | | Buy (add'l) | 01/14/11 | J | | |
| 215. | | | | | Buy (add'l) | 04/15/11 | J | | |
| 216. -- Lazard Emerging Mkts Equity Fund | | | | | Buy (add'l) | 01/14/11 | J | | |
| 217. | | | | | Buy (add'l) | 04/15/11 | J | | |
| 218. -- Legg Mason Growth Trust | | | | | | | | | |
| 219. -- Royce Premier Fund | | | | | Buy (add'l) | 01/14/11 | J | | |
| 220. -- T. Rowe Price Equity Income Fund | | | | | Buy | 01/14/11 | J | | |
| 221. -- Western Asset Core Plus Portfolio | | | | | Buy (add'l) | 10/07/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 09/27/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -- Western Asset Government Money Market Fund | | | | | | | | | |
| 223. | | | | | | | | | |
| 224. Brokerage Account #1: | | | | | | | | | |
| 225. -- Citibank NA Bank Deposit Program | A | Interest | J | T | | | | | |
| 226. -- Citibank NA South Dakota Bank Deposit Program | A | Interest | J | T | | | | | Moved to Citibank NA L225 |
| 227. -- Legg Mason Western Asset Managed Municipals Fund | A | Int./Div. | J | T | | | | | |
| 228. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. The following item was reported in error as being sold on December 31, 2010 in the 2010 annual report:
   Page/Line of 2010 Report:
   15/201 - Dreyfus Emerging Markets Fund
   and
   15/202
     The erroneous sale was inadvertently listed twice on the 2010 Report
     Accordingly, the purchase on 1/14/11 is noted as "buy add'l" instead of "buy" on 16/214 of 2011 annual report

2. The following item was reported in error as being sold on June 4, 2010 in the 2010 annual report
   Page/Line of 2010 Report:
   16/205 - Royce Premier Fund
     Accordingly, the purchase on January 14, 2011 is noted as "buy add'l" instead of "buy" on 16/219 of 2011 annual report

3. The following item has been left blank in column D(1) because there was not an appropriate code for the type of transaction
   17/226 - Citibank NA South Dakota Bank Deposit Program
     There was a bank consolidation on June 17, 2011 and Citibank NA South Dakota Bank Deposit Program consolidated with Citibank NA Bank Deposit Program (17/225) and all cash was moved into Citibank NA Bank Deposit Program (17/225)

4. Part VII, page 5, line 27 "Cameron International Corp." and page 8, line 74 "Honeywell Int'l Inc." - these entries should have been reflected with an (X)

5. Part VII, page 9, line 87 "Liberty Media Corp Liberty Cap," line 88 "Liberty Media Holdg Corp." and line 90 "Liberty Media Hldg Corp. Cap" - reflect a name change - it was reported in 2010 report, Part VII, page 9, line 102 "Liberty Media Starz"

6. Part VII, page 9, line 93 "Loews Corp." is reflected in 2010 report at Part VII, page 10, line 104;
   line 95 "Lorillard Inc." is reflected in 2010 report at Part VII, page 10, line 105
   line 96 "Marsh & McLennan" is reflected in 2010 report at Part VII, page 10, line 106

7. Part VII, page 11, line 129 "Rolls Royce Holdings" reflects a name change - it was reported in 2010 report, Part VII, page 11, line 135 "Rolls Royce Group"

8. In the 2010 report at Part VII, page 4, lines 6, 7, 9, and 10,
   page 5, lines 20-24 and 28-30,
   page 6, lines 36, 41, 46, 48 and 51,
   page 7, lines 56 and 58,
   page 8, lines 69-71, 73, 74, 79, 82 and 84,
   page 9, lines 86, 88, 89, 93, 94, 100 and 102,
   page 10, lines 103-106, 110, 111, 115 and 116,
   page 11, lines 123, 131-133 and 135,
   page 12, lines 147-150,
   page 13, lines 157, 159-161, 165, 167 and 170,
   page 14, lines 174 and 179
     Each of these entries should have been reflected in the 2011 report with a (Y)

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 09/27/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert E. Payne**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544